UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:03-CR-441-RLH-LRL |
| vs. | ) |
| RODOLFO SORIANO PINEDA | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#115) on September 10, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: INFISTAR CORPORATION
Amount of Restitution: $4,406.96

Name of Payee: KINECTA CREDIT UNION
Amount of Restitution: $4,182.98

**Total Amount of Restitution ordered:  $8,589.94\*\***
\*\*Joint and Several with co-defendants Marian Sandifer and Eric Igbinoba

Dated this \_\_\_23\_\_\_ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE